**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT G. HARRIS,

    Petitioner,

v.                                             Case No:  8:16-cv-1600-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court on Petitioner Robert Harris's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 6).

After due consideration, it is **ORDERED AND ADJUDGED** that:

1. Petitioner Robert Harris's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 6) is GRANTED.

2. This action is STAYED AND ADMINISTRATIVELY CLOSED pending a decision from the United States Court of Appeals for the Eleventh Circuit in *United States v. Fritts*, Appeal No. 15-15699-CC.

3. The Clerk is directed to close this file and terminate all pending motions.

4. The Clerk is directed to terminate the corresponding motion to vacate (CR Dkt. 90) in case number 8:12-cr-80-T-30TBM.

5. Counsel for Petitioner may move to reopen this action, if desired, within thirty (30) days after the Eleventh Circuit issues its opinion in *Fritts*.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of September, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record